| find a store | store ads | gift cards | registry | | my account | no saved items | recommendations | track order | customer service | accessible view |

# JCPenney

enter search term or web id

Your Store: Garden State Plaza
change store

0  my bag  $ 0.00

for the home | bed & bath | window | appliances | women | lingerie | men | juniors | kids | baby | shoes | handbags | jewelry | gifts | sephora | clearance



jcpenney    valentine's day gifts    accessories

## Xersion Sunglasses

☆☆☆☆☆   Write the First Review  |  Ask a Question

Share: ✉ f 🐦 📌 🖨



**$13.99** SALE
original $28  | 50% off

● **Ship To Home or Store**
est. delivery: **Jun 1st - Jun 5th**

○ **FREE** Same Day Pickup
Available at Garden State Plaza
**Check Availability at Other Stores**

*All orders placed before 3 p.m. will be available for Same Day Pickup.*

**QUANTITY**

1

**ADD TO BAG**

♥ SAVE FOR LATER

✿ ADD TO REGISTRY

Product Description         Questions & Answers         Customer Reviews

**YOU MAY ALSO LIKE**



| $13.99 sale $28 original Xersion Sunglasses (1) | $13.99 sale $28 original Xersion Semi-Rimless Wrap Sunglasses (3) | $15.99 sale $32 original Xersion™ Polarized Wrap Around Sunglasses | $15.99 sale $32 original Xersion Sunglasses (2) | $11.99 sale $24 original Zoo York Round S... (1) |

## Product Description

- Features: Uv Protection
- Frame Material: Plastic
- Base Material: 100% Plastic
- Care: Wipe Clean
- Country of Origin: Imported

Web ID: 5371312



### SHIPPING & RETURNS

**Convenient Shipping Options**
Not available at your store? We can ship to you directly or to your favorite JCP location.

**Easy Returns**
Shop with confidence. Read our full, common sense return policy.

**PEOPLE WHO VIEWED THIS ULTIMATELY PURCHASED**



| $13.99 sale $28 original Xersion Sunglasses (2) | $13.99 sale $28 original Xersion Two Tone Wrap Sunglasses (2) | $13.99 sale $28 original Xersion™ Semi-Rimless Sport Sunglasses (1) | $11.99 sale $24 original J.Ferrar Sunglasses | $9.99 sale $20 original Levi's® Vellum Sh... Tee (14) |

## Questions & Answers

**ASK A QUESTION**   Be the first to ask a question!

## Customer Reviews

**WRITE A REVIEW**   Be the first to write a review!

**PEOPLE WHO PURCHASED THIS ALSO PURCHASED**

    

| $14 | $19.99 sale $50 original | $16.99 sale $34 original | $12.99 sale $30 original | $13.99 sale $28 original |
|---|---|---|---|---|
| Stafford® 3-pk. Microfiber Nylon Crew Socks | PGA TOUR® Airflux Polo Shirt | Dockers Polarized Sunglasses | St. John's Bay® Legacy Oxford Piqué Polo | Arizona Sunglasses |
| (46) | (86) | (3) | (32) | (1) |

Ads related to: **Xersion Sunglasses**

bestreviews.com ▾   (4.9)
**2017's Top 5 Sunglasses**
We Reviewed Every Pair. Our Top Pick Will Surprise You!
Best Bang for Your Buck          Best of the Best
View our Top Products             How We Test

ray-ban.com ▾   (4.4)
**Ray-Ban® Official Site - Free Overnight Shipping**
Complete Your Look With New Spring Styles From The Official Ray-Ban Site!
Ratings: Shipping 9.5/10 - Website 9/10 - Quality 9/10 - Selection 8.5/10 - Add-on services 8.5/10
Men's Sunglasses                  Women's Sunglasses
Polarized Sunglasses              Round Double Bridge
Free Overnight Shipping

facebook.com ▾
(914) 723-5800
**Ready for a sunglass upgrade? - We're ready to help.**
Let the experts at Eye Designs find the perfect look for your summer today!
Photo Gallery                      About Us

search.1and1.c... ▾
**Xersion sunglasses - Clik here and get best info**
Get **Xersion sunglasses** here. Check it now!
Destinations: USA, New York, Boston

?   1.800.322.1189

customer service | store services | more ways to shop | company info

legal   **privacy policy**   your California privacy rights   product recalls   site map   AdChoices
©jcp Media Inc., 2017. All Rights Reserved.