find a store | store ads | gift cards | registry          my account | no saved items | recommendations | track order | customer service | accessible view

# JCPenney

enter search term or web id

Your Store: Garden State Plaza
change store

0   my bag $ 0.00

for the home | bed & bath | window | appliances | women | lingerie | men | juniors | kids | baby | shoes | handbags | jewelry | gifts | sephora | clearance



FREE SHIPPING ANYWHERE OVER $99 GET DETAILS ›

IN STORE & ONLINE • GET COUPON › ENDS 5/29
$10 OFF* WHEN YOU SPEND $25 CODE: SALEDAY2
OR EXTRA 20% OFF* WITH YOUR JCPENNEY CREDIT CARD CODE: 7GOSAVE
ONLINE ONLY
OR EXTRA 25% OFF* $100 OR MORE WITH YOUR JCPENNEY CREDIT CARD CODE: 7GOSAVE
*CREDIT OFFERS SUBJECT TO CREDIT APPROVAL. EXCLUSIONS & DETAILS ›

jcpenney   valentine's day gifts   accessories

## Xersion™ Semi-Rimless Sport Sunglasses

★★★★½  2 Reviews  |  Ask a Question                 Share:  ✉  f  t  p  🖶

$13.99 **SALE**
original $28 | 50% off

⦿ Ship To Home or Store
est. delivery: **Jun 1st - Jun 5th**

○ **FREE** Same Day Pickup
Out of Stock at Garden State Plaza
**Check Availability at Other Stores**

QUANTITY

1

**ADD TO BAG**

♥ SAVE FOR LATER

⊞ ADD TO REGISTRY

Product Description          Questions & Answers          Customer Reviews

YOU MAY ALSO LIKE

    

| $13.99 sale | $13.99 sale | $13.99 sale | $15.99 sale | $13.99 sale |
|---|---|---|---|---|
| $28 original | $28 original | $28 original | $32 original | $28 original |
| Xersion Sunglasses | Xersion™ Semi-Rimless Sport Sunglasses | Xersion Semi-Rimless Wrap Sunglasses | Xersion™ Polarized Wrap Around Sunglasses | Xersion Sunglasses |
|  | (1) | (3) |  |  |

## Product Description

Bold colors and a sleek performance-in-mind design make our Xersion semi-rimless sunglasses a staple for any athlete.

- rubber detail in contrasting color
- 100% UV protection
- plastic frame

WARNING: This product contains a chemical known to the State of California to cause cancer and birth defects or other reproductive harm.

Web ID: 5375188



### SHIPPING & RETURNS

**Convenient Shipping Options**
Not available at your store? We can ship to you directly or to your favorite JCP location.

**Easy Returns**
Shop with confidence. Read our full, common sense **return policy**.

**PEOPLE WHO VIEWED THIS ULTIMATELY PURCHASED**

    

| $13.99 sale | $15.99 sale | $13.99 sale | $13.99 sale | $9.99 sale |
|---|---|---|---|---|
| $28 original | $32 original | $28 original | $28 original | $26 original |
| Xersion Semi-Rimless Sportwrap Sunglasses | Xersion Polarized Sport Wrap Sunglasses | Xersion Sunglasses | Claiborne Sport Wrap Sunglasses | St. John's Bay® L Piqué Polo Shirt |
|  | (1) | (1) |  | (48?) |

## Questions & Answers

**ASK A QUESTION**    Be the first to ask a question!

## Customer Reviews

**Overall Product Rating**









4.5 (2 reviews)

★★★★½

100% reviewers would recommend this product.

5 stars

4 stars

3 stars

2 stars

1 star

WRITE A REVIEW

Write a review for your chance to win a $500 gift card

Enter phrase or keyword SEARCH

Sort By

★★★★★ **Great Sunglasses!**

June 24, 2016

Purchased two pair of these sunglasses for my son as he works outside all year long. He loves the style as well as the function.

**I would recommend this to a friend!**

**Snyder3846**

From Canandaigua Lake, New York, USA

Age: 40-49

Gender: Female

How Often Do You Shop At Jcpenney? Frequently

Quality 5 ●●●●●

Value 5 ●●●●●

Meets expectations 5 ●●●●●

Was This Post Helpful? 0 0

Report Post Comment

★★★★☆ **Sturdy as well as great looking!**

June 8, 2016

My teenage son loves these! Perfect for lifeguarding.

**I would recommend this to a friend!**

**ljg63**

From Williamsburg, VA, USA

Age: 50-60

Gender: Female

How Often Do You Shop At Jcpenney? Frequently

Value 5 ●●●●●

Meets expectations 5 ●●●●●

Was This Post Helpful? 0 0

Report Post Comment

WRITE A REVIEW

PEOPLE WHO PURCHASED THIS ALSO PURCHASED

**$13.99 sale**
$28 original
Xersion Two Tone Wrap Sunglasses
(2)

**$6.99 - $16**
a.n.a. Boyfriend Tee
(837)

**$10.99 sale**
$20 original
South Pole Shield UV Protection Sunglasses
(1)

**$7.99 sale**
$18 original
Made For Life Short Sleeve V Neck T-Shirt
(8)

**$7.99 clearance**
$26 original
Xersion™ Colorblock Running Shorts
(68)

### RECENTLY VIEWED



Xersion Sunglasses

Ads related to: **Xersion™ Semi-Rimless Sport Sunglasses**

**oakley.com** ▼        (4.5)
Oakley® Sport Sunglasses
Get The Latest **Sunglass** Styles. Free Shipping & Free Returns.
Ratings: Shipping 9.5/10 - Website 9.5/10 - Customer service 9/10 - Selection 9/10 - Quality 9/10
50% Off Clearance Sale            Men's Sunglasses
Oakley® Training Gear             Custom Sunglasses
Replacement Lenses

**ray-ban.com** ▼       (4.4)
Ray-Ban® Sunglasses - Free Shipping & Free Returns
Shop Iconic Ray-Ban® Styles & Enjoy Timeless Looks That Are Right On Trend.
Ratings: Shipping 9.5/10 - Website 9/10 - Quality 9/10 - Selection 8.5/10 - Add-on services 8.5/10
Women's Sunglasses                Men's Sunglasses
Polarized Sunglasses

**sierratradingpo...** ▼
(800) 713-4534            (4.8)
Sunglasses Up To 70% Off
Shop Our Huge Selection & Save. Top Brands of **Sunglasses** on Sale.
Hydration, Day & Multi            DealFlyer Savings
New Items                         New Markdowns

**fossil.com** ▼        (4.8)
FOSSIL® Sunglasses - 25% Off Memorial Day Sale
Get 25% Off Sale Items with Promo Code YAYSALE for Memorial Day! Ends 5/29

? 1.800.322.1189
customer service | store services | more ways to shop | company info

legal | **privacy policy** | your California privacy rights | product recalls | site map | AdChoices
©jcp Media Inc., 2017. All Rights Reserved.