```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 5-7-18
```

EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Colors in Optics, Ltd., | Civ. Action No. 1:17-cv-04046-JG K |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO |
| v. | F.R.C.P. 41(a)(l)(A)(ii) |
| Oakley, Inc., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Colors in Optics, Ltd. ("CIO") and Defendant Oakley, Inc. ("Oakley") (collectively, "Parties") through their respective counsel of record, hereby jointly stipulate, in consideration of a negotiated settlement by them, to the dismissal of this action, including all claims and counterclaims stated against all Parties, with prejudice, each of the Parties to bear its own attorneys' fees and costs.

Dated: _April 17, 2018_         Dated: _5/2/2018_

_[signature]_                     _[signature]_

John Zaccaria                     Michael K. Friedland (pro hac vice)
Bradley S. Corsello               Ali S. Razai (pro hac vice)
Alan Federbush                    Lauren Keller Katzenellenbogen (pro hac vice)
bcorsello@notaromichalos.com      KNOBBE, MARTENS, OLSON & BEAR LLP
NOTARO, MICHALOS & ZACCARIA P.C.  2040 Main Street, 14th Floor
100 Dutch Hill Road               Irvine, CA 92614
Orangeburg, NY 10962              Phone: (949) 760-0404
Tel: (845) 359-7700               Fax: (949) 760-9502
Fax: (845) 359-7798               michael.friedland@knobbe.com
                                  ali.razai@knobbe.com

*Attorneys for Plaintiff Colors in Optics, Ltd*

*Attorneys for Defendant Oakley, Inc.*

27960165

**SO ORDERED:**

_[signature]_
**U.S.D.J.**
5/4/18

Page 9 of 9

CONFIDENTIAL SETTLEMENT AGREEMENT